The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA HOWARD, | ) |
|           Plaintiff, | ) NO. 2:21−cv−01167-JHC |
| vs. | ) |
| PATENAUDE & FELIX, A.P.C., | ) **STIPULATION AND** |
| | ) **ORDER OF DISMISSAL WITH** |
|           Defendant. | ) **PREJUDICE** |

### STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED April 7, 2023.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:21-cv-01167-JHC) — 1

| | |
|---|---|
| **KETTER SHEPPARD & JACKSON, LLP** <br> Attorney for Defendant | **ANDERSON SANTIAGO, PLLC** <br> Attorneys for Plaintiff |
| By /s/ *Andrew Shafer* <br> Andrew Shafer, WSBA #9405 | By /s/ *T. Tyler Santiago* <br> T. Tyler Santiago, WSBA #46004 |

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 10th day of April, 2023.

_____
John H. Chun
United States District Court Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *T. Tyler Santiago*
T. Tyler Santiago, WSBA #46004
207B Sunset Blvd. N
Renton, Washington 98057

LEE SMART, P.S., INC.
Attorneys for Defendant

By s/ *Andrew D. Shafer*
Andrew D. Shafer, WSBA #9405
Attorney for Defendant ICS
50 – 116th SE, Suite 201
Bellevue, WA 98004

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:21-cv-01167-JHC) — 2